ACCEPTED
15-25-00139-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 3:44 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00139-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 3:44:41 PM
CHRISTOPHER A. PRINE
Clerk

---

NON-PARTY TEXAS ALCOHOLIC BEVERAGE COMMISSION,
*Appellant*,

*v.*

ASHLEY DOMINGUEZ, ORLANDO HAYWARD
AND REYNA HAYWARD, INDIVIDUALLY AND AS REPRESENTATIVES
OF THE ESTATE OF NIGUEL HAYWARD, DECEASED, EDUARDO
MORENO, KELLY RAY WREN, AND DRAGGIN TOOLS TRUCKING,
LLC,

*Appellee.*

---

On Appeal from the
281st Judicial District Court, Harris County

---

## MOTION TO DISMISS APPEAL

---

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Appellant, the Texas Alcoholic Beverage Commission, requests that the Court dismiss this appeal, which was filed in this Court on August 19, 2025.

Appellant believes appeal is not a remedy available to it. Thus, there is no longer a basis to pursue an interlocutory appeal.

Accordingly, Appellant asks this Court to dismiss this appeal.

## PRAYER

For the foregoing reasons, Appellant respectfully requests that the Court dismiss the appeal.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-1660
Fax: (512) 474-2697

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ Patrick Todd
PATRICK TODD
Assistant Attorney General
State Bar No. 24106513
Patrick.Todd@oag.texas.gov

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for appellee, Kim Spurlock, by email on September 26, 2025, and appellee responded but did not indicate whether they were opposed or unopposed to this motion.

/s/ Patrick Todd
PATRICK TODD

2

## Certificate of Conference

I hereby certify that a true and correct copy of the foregoing document was served on October 3, 2025 on the following attorneys-in-charge, by e-service:

Muhammad S. Aziz
State Bar No. 24043538
maziz@awtxlaw.com
Jessica L. Dean
State Bar No. 24043538
jdean@awtxlaw.com
Kim Spurlock
State Bar No. 24032582
kspurlock@awtxlaw.com
Hailey Hutson
State Bar No. 24143669
hhutson@awtxlaw.com
ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER
800 Commerce Street
Houston, Texas 77002
Tel: (713) 222-7211
Fax: (713) 225-0827

*Counsel for Plaintiffs Orlando Hayward and Reyna Hayward, Individually and as Representatives of the Estate of Niguel Hayward, Deceased*

Carlos A. Balido
State Bar No. 01631230
BalidoEDocsNotifications@wbclaw-firm.com
Laura Wright
State Bar No. 24098636
WrightEdocsNotifications@wbclaw-firm.com
WALTERS, BALIDO & CRAIN, L.L.P.
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Tel: (214) 749-4805
Fax: (214) 204-2101

*Counsel for Defendant Eduardo Moreno*

Daragh Cartner
State Bar No. 24050387
dcarter@smithandhassler.com
SMITH & HASSLER
1225 North Loop West, Suite 525
Houston, Texas 77008
Tel: (713) 739-1250

*Counsel for Plaintiff Ashlie Dominguez*

Brian G. Cano
State Bar No. 24045613
bcano@feesmith.com
Stephen M. Mengis
State Bar No. 24094842
smengis@feesmith.com
Fee, Smith & Sharp LLP.
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel: (713) 362-8313
Fax: (713) 362-8302

*Counsel for Defendants Kelly Ray Wren and Draggin Tools Trucking, LLC*

Danielle Hollis
State Bar No. 24085380
danielle.hollis@wilsonelser.com
Cameron Keener
State Bar No. 24107827
cameron.keener@wilsonelser.com
Kent M. Adams
State Bar No. 00869200
kent.adams@wilsonelser.com
Wilson Elser
909 Fannin Street, Suite 3300
Houston, Texas 77010
Tel: (713) 353-2023
Fax: (713) 785-7780

*Counsel for Defendant Liffey Inc., D/B/A Molly's Pub*

Michael A. Logan
State Bar No. 12497500
mlogan@krcl.com
Kayla M. Bright
State Bar No. 24138092
kbright@krcl.com
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel: (214) 777-4294
Fax: (214) 777-4299

*Counsel for Defendant Sandbaggers Pub, NP and Time to Spare LLC*

*/s/ Patrick Todd*
Patrick Todd

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mayra Contreras on behalf of Patrick Todd
Bar No. 24106513
mayra.contreras@oag.texas.gov
Envelope ID: 106437832
Filing Code Description: Motion
Filing Description: 2025 1003 Motion to Dismiss Appeal
Status as of 10/3/2025 4:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danielle Hollis | 24085380 | danielle.hollis@wilsonelser.com | 10/3/2025 3:44:41 PM | SENT |
| Laura Wright | 24098636 | WrightEDocsNotifications@wbclawfirm.com | 10/3/2025 3:44:41 PM | SENT |
| Carlos Balido | 1631230 | balidoedocsnotifications@wbclawfirm.com | 10/3/2025 3:44:41 PM | SENT |
| Muhammad Aziz | 24043538 | maziz@awtxlaw.com | 10/3/2025 3:44:41 PM | SENT |
| Michael Logan | 12497500 | Mlogan@krcl.com | 10/3/2025 3:44:41 PM | SENT |
| Stephen Mengis | 24094842 | smengis@feesmith.com | 10/3/2025 3:44:41 PM | SENT |
| Kent Adams | 869200 | kent.adams@wilsonelser.com | 10/3/2025 3:44:41 PM | SENT |
| Brian Cano | 24045613 | bcano@feesmith.com | 10/3/2025 3:44:41 PM | SENT |
| Cameron Keener | 24107827 | cameron.keener@wilsonelser.com | 10/3/2025 3:44:41 PM | SENT |
| Kayla Bright | 24138092 | kbright@krcl.com | 10/3/2025 3:44:41 PM | SENT |
| Hailey Hutson | 24143669 | Hhutson@awtxlaw.com | 10/3/2025 3:44:41 PM | SENT |
| Jessica LDen | | jdean@awtxlaw.com | 10/3/2025 3:44:41 PM | SENT |
| Kim Spurlock | | kspurlock@awtxlaw.com | 10/3/2025 3:44:41 PM | SENT |

Associated Case Party: Ashlie Dominguez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daragh Carter | 24050387 | dcarter@smithandhassler.com | 10/3/2025 3:44:41 PM | SENT |

Associated Case Party: Texas Alcoholic Beverage Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mayra Contreras | | mayra.contreras@oag.texas.gov | 10/3/2025 3:44:41 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Mayra Contreras on behalf of Patrick Todd
Bar No. 24106513
mayra.contreras@oag.texas.gov
Envelope ID: 106437832
Filing Code Description: Motion
Filing Description: 2025 1003 Motion to Dismiss Appeal
Status as of 10/3/2025 4:21 PM CST

Associated Case Party: Texas Alcoholic Beverage Commission

| Mayra Contreras | | mayra.contreras@oag.texas.gov | 10/3/2025 3:44:41 PM | SENT |
|---|---|---|---|---|
| Patrick Todd | | patrick.todd@oag.texas.gov | 10/3/2025 3:44:41 PM | SENT |